**Motion Granted and Order filed July 19, 2012**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-12-00268-CV**
_____

**MICHAEL SCOTT, Appellant**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCV-163306**

---

## O R D E R

The clerk's record was filed April 9, 2012. On June 26, 2012, appellant filed a motion to supplement the clerk's record. *See* Tex. R. App. P. 34.5(c). We **GRANT** the motion and issue the following order:

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **August 20, 2012**, containing appellant's motion to retain filed on or about December 9, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM